AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA     **JUDGMENT IN A CRIMINAL CASE**
vs.
PHILIP STOTT

CASE NUMBER:    3:10-CR-26-LRH-WGC
USM NUMBER:    45519-048

Michael Kennedy, AFPD
**THE DEFENDANT:**     DEFENDANT'S ATTORNEY

(X)    pled guilty to Count(s) 3 of the Indictment filed on 3/3/10
(  )    pled nolo contendere to count(s) _____ which was accepted by the court.
(  )    was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Date Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1708 | Theft and Receipt of Stolen Mail Matter | 2/3/10 | 3 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(  )    The defendant has been found not guilty on count(s) _____
(X)    Count(s) 1 and 2 _____ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 6, 2011
Date of Imposition of Judgment

/s/ signature
Signature of Judge

LARRY R. HICKS
U.S. DISTRICT JUDGE
Name and Title of Judge

10/11/11
Date



✓ FILED     ___ RECEIVED
___ ENTERED     ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 11 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 245B  (Rev. 09/08) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | PHILIP STOTT | Judgment - Page 2 |
| CASE NUMBER: | 3:10-CR-26-LRH-WGC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWELVE (12) MONTHS TO RUN CONSECUTIVE TO Washoe County 2nd Judicial District Court Case No. CR10-1155.

(X)  The court makes the following recommendations to the Bureau of Prisons:

As close to Reno, NV as possible.

(X)  The defendant is remanded to the custody of the United States Marshal.

(  )  The defendant shall surrender to the United States Marshal for this district:
    (  )  at _____ a.m./p.m. on _____
    (  )  as notified by the United States Marshal.

(  )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    (  )  before 2 p.m. on _____
    (  )  as notified by the United States Marshal.
    (  )  as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
      Deputy United States Marshal

AO 245B  (Rev 09/08) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

| DEFENDANT: | PHILIP STOTT | Judgment - Page 3 |
|---|---|---|
| CASE NUMBER: | 3:10-CR-26-LRH-WGC | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $100.00 | $WAIVED | $N/A |
| | Due and payable immediately. | | |

( )  On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )  The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

( )  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| Clerk, U.S. District Court<br>Attn: Financial Office<br>Case No. 3:10-CR-26-LRH-WGC<br>333 Las Vegas Boulevard, South<br>Las Vegas, NV 89101 | | | |
| TOTALS : | $_____ | $_____ | |

Restitution amount ordered pursuant to plea agreement:  $_____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

the interest requirement is waived for the:  ( ) fine  ( ) restitution.
the interest requirement for the:  ( ) fine  ( ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev 09/08) Judgment in a Criminal Case
         Sheet 6 - Schedule of Payments

| | |
|---|---|
| DEFENDANT:       PHILIP STOTT | Judgment - Page __4__ |
| CASE NUMBER:    3:10-CR-26-LRH-WGC | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A      (X)      Lump sum payment of $ __100.00__ due immediately, balance due
                (  )    not later than _____ ; or
                (  )    in accordance with (  ) C, (  ) D, or (  ) E below; or

B      (  )     Payment to begin immediately (may be combined with (  ) C, (  ) D, or (  ) E below; or

C      (  )     Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____
                _____ over a period of _____ (e.g. months or years), to _____ (e.g., 30 or 60 days)
                after the date of this judgment; or

D      (  )     Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____
                _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term
                is supervision; or

E               Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release
                from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at
                that time; or

F      (  )     Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.


(  )    Joint and Several

        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and
        Several Amount, and corresponding payee, if appropriate.


(  )    The defendant shall pay the cost of prosecution.

(  )    The defendant shall pay the following court cost(s):

(  )    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.