AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

PHILIP STOTT,

        Defendant-Petitioner.

JUDGMENT

Case Number: **3:10-cr-00026-LRH-WGC**
(Related Case 3:19-cv-00341-LRH)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Stott's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 43) is DENIED.
    **IT IS FURTHER ORDERED** that Stott is DENIED a certificate of appealability.
    **IT IS FURTHER ORDERED** that judgment is hereby entered and this case is closed.



Date: April 21, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk