UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:10-cr-00026-LRH-WGC-1 |
|---|---|
| Plaintiff, | |
| v. | |
| PHILIP STOTT, | |
| Defendant. | |

Before the Court is Defendant Philip Stott's (Stott) Motion for Clarification from the Court filed on June 13, 2023. Stott's Motion seeks clarification on whether the Court's "recommendation include[s] a direct designation to a halfway house or minimum security." ECF No. 57, 2:7-10. In the instant case, Stott was sentenced to twelve (12) months imprisonment for theft and receipt of stolen mail matter in violation of 18 U.S. C. § 1708. This term is to run consecutive to his sentence in Second Judicial District Court for Washoe County, Nevada Case No. CR10-1155. ECF No. 32. The Court also made a recommendation to the Bureau of Prisons for Stott to be "as close to Reno, NV as possible." *Id.* The Court did not make any recommendation as to the type of facility where Stott was to serve his term of imprisonment.

The authority of whether to designate a prisoner to a halfway house lies with the Bureau of Prisons.

> **The Director of the Bureau of Prisons** shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility.

18 U.S.C. § 3624(c)(1) (emphasis added).

To the extent that Stott is asking the Court for a modification of his sentence, the Court **DENIES** Stott's Motion for Clarification (ECF No. 57). Here, the Court's recommendation at sentencing did not include a recommendation that Stott be designated to a halfway house or minimum security. As such, this is a matter reserved to the Director of the Bureau of Prisons.

IT IS SO ORDERED.

DATED this 17th day of July, 2023.

                                                                                      _____
                                                                                      LARRY R. HICKS
                                                                                      UNITED STATES DISTRICT JUDGE